**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1212

ANDREW MCGEE,

Plaintiff - Appellant,

versus

CITY OF GREENVILLE,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Henry M. Herlong, Jr., District
Judge. (6:05-cv-02261-HMH)

Submitted: January 30, 2008      Decided: February 12, 2008

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South
Carolina, for Appellant. Deborah Casey Brown, Thomas E.
Vanderbloemen, GALLIVAN, WHITE & BOYD, P.A., Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew McGee appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment for the City of Greenville, South Carolina, in this action filed pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12300 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McGee v. City of Greenville, No. 6:05-cv-02261-HMH (D.S.C. Feb. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED